IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00459-MSK

JOSEPH E. BUSTOS,
SHANE E. WHITTAKER,
ROBERT G. KELLEY, and
MARVIN R. JENNINGS,

    Plaintiffs,

v.

COBRA WELL TESTERS, LLC, a Wyoming Limited Liability Company, doing business in Colorado;
RICHARD W. ADAMS, and
KELLY A. ADAMS,

    Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter due to a friendship with a principal in one of the law firms. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 9th day of March, 2009.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge