IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-00459-REB-KMT

JOSEPH E. BUSTOS,
SHANE E. WHITTAKER,
ROBERT G. KELLEY, and
MARVIN R. JENNINGS,

    Plaintiffs,

v.

COBRA WELL TESTERS, LLC, a Wyoming limited liability company, doing business in Colorado,

    Defendant.

## ORDER DISMISSING DEFENDANTS
## RICHARD W. ADAMS AND KELLY A. ADAMS

**Blackburn, J.**

The matter before me is plaintiffs' **Motion To Dismiss Defendants Richard W. Adams and Kelly A. Adams** [#9], filed March 17, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that plaintiffs' claims against defendants Richard W. Adams and Kelly A. Adams should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Dismiss Defendants Richard W. Adams and Kelly A. Adams** [#9], filed March 17, 2009, is **GRANTED**;

2. That plaintiffs' claims against defendants Richard W. Adams and Kelly A. Adams are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney

fees and costs;

3. That any pending motion filed on behalf of defendants, Richard W. Adams or Kelly A. Adams, is **DENIED** as moot; and

4. That defendants Richard W. Adams and Kelly A. Adams are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated March 18, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge