**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-00459-REB-KMT

JOSEPH E. BUSTOS,
SHANE E. WHITTAKER,
ROBERT G. KELLEY, and
MARVIN R. JENNINGS,

      Plaintiffs,

v.

COBRA WELL TESTERS, LLC, a Wyoming limited liability company, doing business in Colorado,

      Defendant.

**ORDER DISMISSING PLAINTIFFS
JOSEPH E. BUSTOS, SHANE E. WHITTAKER, AND MARVIN R. KELLEY**

**Blackburn, J.**

      The matter before me is the **Stipulated Motion For Approval of Settlement and Joint Motion To Dismiss With Prejudice** [#17] filed June 5, 2009.  After reviewing the motion and the file, I conclude that the stipulated motion should be granted, that the partial settlement should be approved *pro tanto*, and that plaintiffs, Joseph E. Bustos, Shane E. Whittaker , and Marvin R. Kelley, and their concomitant claims should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Stipulated Motion For Approval of Settlement and Joint Motion To Dismiss With Prejudice** [#17] filed June 5, 2009, is **GRANTED**;

      2. That the settlement is **APPROVED** *pro tanto*;

      3.  That the joint motion to dismiss with prejudice is **GRANTED** *pro tanto*; and

      4.  That plaintiffs, Joseph E. Bustos, Shane E. Whittaker , and Marvin R. Kelley, and concomitant claims are **DISMISSED WITH PREJUDICE**; and

      5.  That plaintiffs, Joseph E. Bustos, Shane E. Whittaker , and Marvin R. Kelley, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

      Dated June 5, 2009, at Denver, Colorado.

      BY THE COURT:

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge