**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-00459-REB-KMT

ROBERT G. KELLEY,

      Plaintiff,

v.

COBRA WELL TESTERS, LLC, a Wyoming limited liability company, doing business in Colorado,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter before me is the **Unapposed** (sic) **Motion To Dismiss The Claims of Robert G. Kelley Without Prejudice** [#19] filed June 8, 2009, by plaintiff, Robert G. Kelley. After careful review of the motion and the file, I conclude that the motion is unopposed, that the motion should be granted, that the claims of plaintiff, Robert G. Kelley, should be dismissed without prejudice, and that this action should be closed.[1]

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the  **Unapposed** (sic) **Motion To Dismiss The Claims of Robert G. Kelley Without Prejudice** [#19] filed June 8, 2009, is **GRANTED**;

      2.  That the claims of plaintiff, Robert G. Kelley, are **DISMISSED WITHOUT PREJUDICE**; and

      3.  That this action is **CLOSED**.

      Dated June 11, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[1] I previously entered an order, see [#18], which I amended on June 11, 2009, see [#20], approving the stipulated motion to dismiss with prejudice, see [#17] the claims of quondam plaintiffs, Bustos, Whittaker, and Jennings.